**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GWENDOLYN LEE PEEK,

                Plaintiff,                23 **CIVIL** 7627 (ALC)

    -v-                          **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 16, 2024, that the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

**Dated:** New York, New York
          April 16, 2024

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                        **Clerk of Court**

                            **BY:**       K. Mango

                                                        _____
                                                        **Deputy Clerk**