USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/2/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**PEEK,**

        **Plaintiff,**

-against-

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

**23-CV-07627 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Clerk of the Court is respectfully directed to terminate the motion docketed at ECF No. 10.

**SO ORDERED.**

Dated:   **May 2, 2024**
        New York, New York

*[signature]*

**ANDREW L. CARTER, JR.**
**United States District Judge**